**EXHIBIT 5**



# LexisNexis
## RISK SOLUTIONS

# Accurint® for Legal Professionals

**Important:** The Public Records and commercially available data sources used on reports have errors  Data is sometimes entered poorly  processed incorrectly and is generally not free from defect  This system should not be relied upon as definitively accurate  Before relying on any data this system supplies  it should be independently verified  For Secretary of State documents  the following data is for information purposes only and is not an official record  Certified copies may be obtained from that individual state s Department of State  The criminal record data in this product or service may include records that have been expunged  sealed  or otherwise have become inaccessible to the public since the date on which the data was last updated or collected

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act   5 USC  68  et seq  (FCRA)  Accordingly  Accurint may not be used in whole or in part as a factor in determining eligibility for credit  insurance  employment or another permissible purpose under the FCRA

**Your DPPA Permissible Use:** Civil  Criminal  Administrative  or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial  nterest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 03/21/23
**Reference Code:** COUNTY   ALL/BROOKS-CROSBY-CUSI

**Report processed by:**
K ss nger & Fe man
3773 Cherry Creek Dr ve Nor h
Denver, CO 80209-3804
303-320-6100 Ma n Phone
303-320-6613 Fax

**Report Legend:**
S   Shared Address
D   Deceased
✔   Probab e Curren  Address

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |

**Subject Information**
**(Best Information for Subject)**
Name: **PAULA JEAN BROOKS**
Da e of B r h ███████
Age: ███████
SSN: 4████████ ssued  n **Iowa** be ween **1/1/1973** and **12/31/1973**

**AKAs**
**(Names Associated with Subject)**

**PAULA JEAN BROOKS**
   Age: █  SSN: ████████

**PAULA J BROOKS**
   Age: █  SSN: ████████

**PAULA BROOKS**
   Age: █  SSN: ████████

**PAULA J GLORIOSO**
   Age: █  SSN: ████████

**PAULA J HERCH**
   Age: █  SSN: ████████

**PAULA GLORIOSO**
   Age: █  SSN: ████████

     **Utility Locator - Connect Date:** 1/7/2013
**PAULA J GLORIOSSO**
   Age: █  SSN: ████████

**PAULA TRUDEAU**
   Age: █  SSN: ████████

**PAULA JEAN GLORIOSO**
   Age: █  SSN: ████████

**PAULA GLORIOFO**
   Age: █  SSN: ████████

**Indicators**
Bankrup cy: ███
Proper y: ███
Corpora e Aff  a ons: ███

**EXHIBIT 5**

███████    ██████████████████████████████
████████████   ████████████████████████████████

**Address Summary:**

✔️820 NORT   VIEW CIR, LIMON, CO 80828-5129, LINCOLN COUNTY (Aug 2013 - Feb 2023)
820 N NORT    VW, LIMON, CO 80828, LINCOLN COUNTY (Apr 2010 - Ju  2020)
PO BOX 452, LIMON, CO 80828-0452, LINCOLN COUNTY (Dec 2006 - Jan 2023)
1215 S OSAGE ST, INDEPENDENCE, MO 64055-1239, JACKSON COUNTY ( 1998 - May 2008)
820 N VW, LIMON, CO 80207 (Apr 2013 - Feb 2014)
PO BOX 754,    UGO, CO 80821-0754, LINCOLN COUNTY (Jun 2005 - Nov 2011)
2612 SE NOTTING   AM DR, LEES SUMMIT, MO 64063-3658, JACKSON COUNTY (Oc  2005 - Nov 2008)
504 SMOKEY TRAIL DR, LIMON, CO 80828-2111, LINCOLN COUNTY (Apr 2006 - Oc  2010)
644 I AVE, LIMON, CO 80828, LINCOLN COUNTY (Dec 2007 - Feb 2008)
12642 COUNTY ROAD 133, SIMLA, CO 80835-9610, ELBERT COUNTY (Jan 2005 - Nov 2005)
PO BOX 472, SIMLA, CO 80835-0472, ELBERT COUNTY (Oc  2004 - Dec 2005)
14685 US   IG   WAY 160, DEL NORTE, CO 81132-9713, RIO GRANDE COUNTY (Sep 2002 - Ju  2004)
2821 TOPPING AVE, KANSAS CITY, MO 64129-1130, JACKSON COUNTY (Mar 1992 - Ju  2003)
308 KENSINGTON AVE, KANSAS CITY, MO 64124-2108, JACKSON COUNTY (Dec 1991 - Jun 2003)
343 ELMWOOD AVE, KANSAS CITY, MO 64124-2101, JACKSON COUNTY (Aug 1988 - Jan 2003)
826 NE SWANN RD, LEES SUMMIT, MO 64086-5547, JACKSON COUNTY (Apr 2000)
PO BOX 883, LIMON, CO 80828-0883, LINCOLN COUNTY (Dec 1993)
1203 NW KENT CT, BLUE SPRINGS, MO 64015-2638, JACKSON COUNTY (Aug 1988)
15364 GIBSON MILL RD, CULPEPER, VA 22701-1962, CULPEPER COUNTY
546 W 2000 S, PRESTON, ID 83263-5503, FRANKLIN COUNTY (Apr 2003)

**Active Address(es):**

✔️820 NORT   VIEW CIR, LIMON, CO 80828-5129, LINCOLN COUNTY (Aug 2013 - Feb 2023)
  **Name Associated with Address:**
    PAULA J GLORIOSO
    ████████████  - MDT GLORIOSO PAULA J
  **Property Ownership Information for this Address**
    **Property:**
      Parce  Number - 258545140220
      Owner Name: JAMES MO   R NV LAND TRUST
      Proper y Address: - 820 NORT   VIEW CIR, LIMON, CO 80828, LINCOLN COUNTY
      Owner Address:
      Sa e Da e - 02/20/2010
      Sa e Pr ce - $64,900
      Subd v s on Name - NORT   VIEW TWN   MS
      To a  Marke  Va ue - $65,634
      Assessed Va ue - $4,562
      Improvemen  Va ue - $65,634
      Land S ze - 6,882 Square Fee
      Year Bu    - 1980
    Se  er Name: JACOBSONBLUE OCEAN N VIEW LAN
      Lega  Descr p  on - LOT 20 (820), BLK. 2 NORT    VIEW TOWN   OMES ADD. TO T   E TOWN OF LIMON, CO.
      Loan Amoun  - $64,100
      Loan Type - PRIVATE PARTY LENDER
      Lender Name - PRIVATE INDIVIDUAL
      Da a Source - A

**Previous And Non-Verified Address(es):**

820 N NORT    VW, LIMON, CO 80828, LINCOLN COUNTY (Apr 2010 - Ju  2020)
  **Name Associated with Address:**
    PAULA J GLORIOSO

PO BOX 452, LIMON, CO 80828-0452, LINCOLN COUNTY (Dec 2006 - Jan 2023)

Comprehens ve Repor

**EXHIBIT 5**

[redacted]

**Phones Plus:**    Phone F nder U  ma e

**Phones Plus1**
Name: GLORIOSO, PAULA
Address: 820 NORT  VIEW CIR, LIMON, CO 80828
Phone Number: [redacted] - MDT
Phone Type: Mob  e
Carr er: VERIZON WIRELESS-CO - (GENOA, CO)

**Phones Plus2**
Name: GLORIOSO, PAULA
Address: 820 NORT  VIEW CIR, LIMON, CO 80828
Phone Number: [redacted] - MDT
Phone Type: Mob  e
Carr er: VERIZON WIRELESS-CO - (GENOA, CO)

**Possible Utility Information:**

**Utility Type**
Infras ruc ure: Coa , E ec r c, Gas, O  , Propane Gas, Wa er

**Dates Associated with Utility**
Da e serv ce connec ed - 1/7/2013
Da e F rs  Ver f ed - 1/7/2013
Da e Las  Ver f ed - 1/7/2013

**Name Associated with Utility**
PAULA GLORISOS

**Service Address**
820 N VIEW CIR, LIMON, CO 80828

**Billing Information Associated with Address**
820 N VIEW CIR, LIMON, CO 80828

**Phone Information**
Serv ce Phone Number: [redacted]

**Utility Type**

Comprehens ve Repor                                                                                      11

**EXHIBIT 5**

Infras ruc ure: Coa , E ec r c, Gas, O , Propane Gas, Wa er

**Dates Associated with Utility**
Da e serv ce connec ed - 1/7/2013
Da e F rs  Ver f ed - 1/7/2013
Da e Las  Ver f ed - 1/7/2013

**Name Associated with Utility**
PAULA GLORIOSO

**Service Address**
820 N VIEW CIRLCE, LIMON, CO 80207

**Billing Information Associated with Address**
820 N VIEW CIRLCE, LIMON, CO 80207

**Phone Information**
Serv ce Phone Number ▮▮▮▮▮▮▮▮▮

**Email Address:**

Name: PAULA BROOKS

Ema  Address(es):
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

S ree  Address(es):
820 NORT   VIEW CIR, LIMON, CO 80828

Name: PAULA GLORIOSO

Ema  Address(es):
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

S ree  Address(es):
820 NORT   VIEW CIR, LIMON, CO 80828

Name: PAULA GLORIOSO

Ema  Address(es):
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

S ree  Address(es):
PO BOX 452, LIMON, CO 80828-0452

Name: PAULA GLORIOSO

Ema  Address(es):
▮▮▮▮▮▮▮▮▮▮▮▮▮

S ree  Address(es):
PO BOX 452, LIMON, CO 80828-0452

Name: PAULA GLORIOSO

Ema  Address(es):
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

S ree  Address(es):
PO BOX 452, LIMON, CO 80828-0452

**EXHIBIT 5**



**Driver´s License Information:**
Name: PAULA JEAN GLORIOSO
DL Number: xxxxxxxx
S a e: M ssour
L cense Address: 1215 S OSAGE ST, INDEPENDENCE, MO 64055-1239, JACKSON COUNTY
DOB:
Po en a SSN
Gender: Fema e
Exp ra on Da e: 08/15/2008
Issue Da e: 08/16/2002
S a us: Surrender L c o OS
L cense Type: RENEWAL ISSUE
L cense C ass: Non-Commerc a
  e gh : 5´00
We gh : 169
Da a Source: Governmen a
Eye Co or:  aze
Res r c ons:  Correc ve Lenses

Name: PAULA JEAN GLORIOSO
DL Number: xxxxxxxx
S a e: M ssour
L cense Address: 1215 S OSAGE ST, INDEPENDENCE, MO 64055-1239, JACKSON COUNTY
DOB:
Po en a SSN
Gender: Fema e
Exp ra on Da e: 08/15/2008
Issue Da e: 08/16/2002
S a us: Surrender L c o OS
L cense Type: RENEWAL ISSUE
L cense C ass: Non-Commerc a
  e gh : 5´00
We gh : 169
Da a Source: Governmen a
Eye Co or:  aze
Res r c ons:  Correc ve Lenses

Name: PAULA JEAN GLORIOSO
DL Number: xxxxxxxx
S a e: M ssour
L cense Address: 1215 S OSAGE ST, INDEPENDENCE, MO 64055-1239, JACKSON COUNTY
DOB:

**EXHIBIT 5**



**Voter Registration:**

Name: PAULA J GLORIOSO
Address: 820 N VIEW CIR, LIMON, CO 80828
DOB: █████
Gender: Fema e
Reg s ra  on Da e: 2/11/2009
Po   ca  Par y: NONE DECLARED
S a e of Reg s ra  on: Co orado
S a us: ACTIVE

Name: PAULA J GLORIOSO
Address: 820 N VIEW CIR, LIMON, CO 80828
DOB: █████
Gender: Fema e
Reg s ra  on Da e: 2/11/2009
S a e of Reg s ra  on: Co orado

Name: PAULA JEAN BROOKS
Address: 820 N VIEW CIR, LIMON, CO 80828
DOB: █████
Gender: Fema e
Reg s  a  on Da e  7/5/ 016
Po   ca  Par y: DEMOCRAT
S a e of Reg s ra  on: Co orado
S a us: ACTIVE

Name  PAU  A JEAN BROO  S
Address: 820 N VIEW CIR, LIMON, CO 80828
DOB: █████
Gender: Fema e
Reg s ra  on Da e: 7/5/2016
Po   ca  Pa  y  DEMOCRAT
S a e of Reg s ra  on: Co orado
S a us: ACTIVE

Name: PAULA JEAN GLORIOSO
Add ess  PO BOX 45 ,  IMON, CO 808 8 045
DOB: █████
Gender: Fema e
Reg s ra  on Da e: 2/11/2009
Po   ca  Par y: NONE DECLARED
S a e o  Reg s  a  on  Co o ado
S a us: ACTIVE